COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| THE STATE OF TEXAS, | § | |
| Appellant, | § | No. 08-11-00260-CR |
| | § | Appeal from the |
| v. | § | 120th District Court |
| BRUNO WILLIAM TYREE, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 20110D01872) |
| | § | |

## MEMORANDUM OPINION

Pending before the Court is the State's motion to dismiss this appeal pursuant to TEX.R.APP.P. 42.2(a). Finding that the State has complied with the requirements of Rule 42.2(a), we grant the motion and dismiss the appeal.


GUADALUPE RIVERA, Justice

April 18, 2012

Before McClure, C.J., Rivera, J., and Antcliff, J.

(Do Not Publish)